Case 7:16-cv-00016-LSC-TMP   Document 1   Filed 01/05/16   Page 1 of 4

CV-16-CO-0016-W

1983 Form

FILED
2016 Jan-22 PM 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

2016 JAN -5 A 10: 41
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jeffrey Edward Vincent
Inmate Identification Number: 281451

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Captain, John Hutton
Warden, Willie Thomas
Warden, Debra Toney
Warden, Willie Bennett

(Enter above full name(s) of the defendant(s) in this action)

Comissoner, Jefferson Dunn
Bibb Correctional Facility
Brent, al Alabama Department of Corrections
Gov (Alabama) Dr. Robert Bently

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): N/A
         Defendant(s) N/A

      2. Court (if Federal Court, name the district; if State Court, name the county)
         N/A

      3. Docket Number N/A

      4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Bibb Correctional Facility Brent, AL 35034_

   A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

   C. If your answer is YES:

   1. What steps did you take? _Filled out grivence, Dropped in grivence box to Sgt. Sealy_

   2. What was the result? _nothing_

   D. If your answer is NO, explain why not? _N/A_

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Jeffrey Edward Vincent #281451_

   Address _565 Bibb Lane, Brent AL 35034 Alabama Dept of corrections_

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **John Hutton**

   is employed as **Captain**

   at **Bibb Correctional Facility, Brent AL 35054 ADOC**

C. Additional Defendants **Wardens: Willie Tomas I, Debra Toney II, Willie Bennett III, Brent Correctional Facility Brent, AL 35054 ADOC Jefferson Dunn Prisoner Comissioner, ADOC / Dr. Robert Bently, Gov State of Alabama**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 9-28-15 5:40pm, I Jeffrey Vincent was assulted by six inmates while being housed in the 24/hour supervision Modification Bay. I recieved a broken jaw in three different spots. I was brought to the Health care unit where I stayed for twelve day's before being treated by Dr Kahn, who works out of Hoover, AL. I had 2 surgery's on my Jaw before being released three month's later. claim #1 The plaintiff claims that all of the Defendent's while Acting under the color of law was negeliant and Incompetent in providing a Safe, Secure, and Humane enviroment and that his injury was due to negeliance, under staffing deliberate indifference to prisoners safety, security, and humane

conditions in running the Bibb Correctional facility in Brent AL 35034 Part of the Alabama Department of Corrections while housed in a 24hr. Supervised Bay.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to show society and people in authority that the state of Alabama has people in positions that do not deserve them and are not Qualified to hold the jobs assigned to them, plus I would like $500,000.00 for the injury to my Jaw, plus mental trauma I'm suffering that I should not be. A Jury trial

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-31-15
                  (date)

Jeff ~~~~  AIS# 28745?

Address: 565 Bibb Lane
Brent, AL 35034

Signature(s)